

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. PD-0740-23, PD-0784-23 & PD-0792-23

## EX PARTE FERNANDO ROQUIEL TOPOF, HECTOR SAREGUI-MENDOZA & BILLY RODOLFO RAMIREZ, Appellees

## ON STATE'S PETITIONS FOR DISCRETIONARY REVIEW
## FROM THE SAN ANTONIO COURT OF APPEALS
## WEBB COUNTY

*Per curiam.* YEARY, J., dissented.

### O P I N I O N

In each of these cases, Appellee was arrested for trespassing on private property. *See* TEX. PENAL CODE § 30.05(a). He filed a pretrial application for a writ of habeas corpus, arguing that the State was selectively prosecuting him in violation of his equal protection rights. In each case, the trial court granted relief, the State appealed, and the court of appeals affirmed the trial court's ruling granting relief.[1]

---

[1] *Ex parte Roquiel-Topof*, No. 04-22-00691-CR (Tex. App.—San Antonio August 30, 2023); *Ex parte Saregui-Mendoza*, No. 04-22-00693-CR (Tex. App.—San Antonio September

The State has filed a petition for discretionary review in each case, challenging the court of appeals' holding that Appellee's claim is cognizable in a pretrial habeas application. We recently handed down our opinion in *Ex parte Aparicio*, No. PD-0461-23, ___ S.W.3d ___ (Tex. Crim. App. October 9, 2024), in which we held that Aparicio's selective prosecution claim was cognizable in a pretrial habeas application. We also held that Aparicio did not make a prima facie showing that he was arrested and prosecuted because of his gender.

Consistent with our opinion in *Aparicio*, we grant review on our own motion of the following ground in each case:

> Did Appellee make a prima facie showing that he was arrested and prosecuted because of his gender?

Accordingly, in each case, we vacate the judgment of the court of appeals and remand the case to that court in light of our opinion in *Aparicio*. The State's petitions are refused. No motions for rehearing will be entertained, and the Clerk is instructed to immediately issue mandate.

DATE DELIVERED: DECEMBER 11, 2024
DO NOT PUBLISH

---

13, 2023); *Ex parte Ramirez*, No. 04-22-00692-CR (Tex. App.—San Antonio September 27, 2023).